FILED

11/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0716

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0716

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

TRAVIS DEWAYNE LOHMAN,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including December 15, 2023, within which to prepare, file, and serve the State's response brief.

**TKP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 15 2023